MIDWAY AUSTIN HIGHWAY PART-
NERS, LP; Midway Companies, Brad-
ley R. Freels, and E.R. "Bo" Sanford,
Appellants

v.

SIETE ACRES, LLC, Appellee

No. 04–16–00608–CV

Court of Appeals of Texas,
San Antonio.

Delivered and Filed: February 22, 2017

Christopher Paul Hanslik, Kasi Chad-
wick, Andrew Pearce, BoyarMiller, Hous-
ton, TX, Melanie Lynn Fry, San Antonio,
TX, for Appellants.

Richard J. Karam, Law Offices of Rich-
ard J. Karam, Bruce J. Mery, Bruce J.
Mery Law Offices, Ricardo G. Cedillo, Bri-
an L. Lewis, Davis, Cedillo & Mendoza,
Inc., San Antonio, TX, for Appellee.

Sitting: Marialyn Barnard, Justice,
Rebeca C. Martinez, Justice, Patricia O.
Alvarez, Justice

## MEMORANDUM OPINION

PER CURIAM

Appellants filed a motion to dismiss this
appeal. We grant the motion. *See* Tex. R.
App. P. 42.1(a)(1). We order all costs as-
sessed against appellants. *See id.* R.
42.1(d) (absent agreement of parties, costs
are taxed against appellant).